UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Jacqueline Banks,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CIR, Law Offices; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:12-cv-01285-~~VAP-SP~~ PJW<br><br>~~[PROPOSED]~~ ORDER |

　　　Based on the Stipulation of counsel, the case is dismissed without prejudice, each party to bear its own attorney fees and costs.

Date: 11/14/2013

　　　　　　　　　　　　　　　　　　　　　／s／ Patrick J. Walsh
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Judge: Hon. ~~Virginia A. Phillips~~ Patrick J. Walsh